

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00506-CV

**IN RE** Augustine **NWABUISI**, Rose Nwabuisi, Resource Health Services, Inc.
d/b/a Resource Home Health Services, Inc. and Resource Care Corporation

Original Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  July 30, 2014

PETITION FOR WRIT OF PROHIBITION DENIED

On July 22, 2014, relators filed a petition for writ of prohibition and an emergency motion to stay proceedings and for emergency relief pending a ruling on the petition. The court has considered the petition for writ of prohibition and is of the opinion that relators are not entitled to the relief sought. The issuance of an extraordinary writ is not authorized when the relator has an adequate remedy available in a pending appeal. *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 684 (Tex. 1989). Accordingly, the petition for writ of prohibition and the emergency motion to stay proceedings and request for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-05341, styled *Dana D. Mohammadi v. Augustine Nwabuisi, Rose Nwabuisi, Resource Health Services, Inc. d/b/a Resource Home Health Services, Inc. and Resource Care Corporation*, pending in the 57th Judicial District Court, Bexar County, Texas.